# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENNIS SMITH, MD and HOBERT SMITH, MD,**<br><br>            **Plaintiffs**,<br><br>      v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTION, JERRY NEGRETE, STEVE WILLIAMS, and DOES 1 through CC, inclusive,**<br><br>            **Defendants**. | CIV-F-06-0368 AWI SMS<br><br>ORDER DENYING SPECIAL MOTION TO STRIKE ORIGINAL COMPLAINT AS MOOT |

On July 5, 2006, Defendants filed a special motion to strike under California's Anti-SLAPP Statute (Cal. Code Civ. Proc. §425.16). Doc. 10.  The Anti-SLAPP Statute, complete with its special procedures, is applicable in federal cases. <u>United States ex rel. Newsham v. Lockheed Missiles & Space Co.</u>, 190 F.3d 963, 971 (9th Cir. 1999).  On August 14, 2006, before Plaintiffs had filed any response, Defendants amended their motion. Doc. 15.  On August 29, 2006, Plaintiffs filed a First Amended Complaint instead of a response to the motion. Doc. 16. Under Fed. R. Civ. Proc. 15(a), "A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within 20 days after it is served."  A complaint is a pleading to

1

which a responsive pleading (answer) is required.  Defendants have not yet filed an answer. Their special motion to strike under California's Anti-SLAPP law is akin to a Fed. R. Civ. Proc. 12(b) or 12(f) motion, neither of which are considered responsive pleadings.  The filing of a valid amended complaint renders Defendants' special motion to strike MOOT.

IT IS SO ORDERED.

Dated:      **August 30, 2006**                          **/s/ Anthony W. Ishii**
0m8i78                                                                  UNITED STATES DISTRICT JUDGE