1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                          **EASTERN DISTRICT OF CALIFORNIA**

8

9

10   **DENNIS SMITH, MD and HOBERT**        )     **CIV-F-06-0368 AWI SMS**
     **SMITH, MD,**                          )
11                                           )     **ORDER RESETTING HEARING**
                          **Plaintiffs**,    )     **FOR NOVEMBER 13, 2006**
12                                           )
         **v.**                              )
13                                           )
     **CALIFORNIA DEPARTMENT OF**            )
14   **CORRECTION, JERRY NEGRETE,**          )
     **STEVE WILLIAMS, and DOES 1**          )
15   **through CC, inclusive,**              )
                                             )
16                        **Defendants**.    )
                                             )
17   _____        )

18

19        By stipulation of the parties, the hearing on Defendants' motion to dismiss currently set

20   for 1:30 PM October 16, 2006 is reset for 1:30 PM November 13, 2006.

21

22   IT IS SO ORDERED.

23   **Dated:    October 10, 2006            _____/s/ Anthony W. Ishii_____**
     0m8i78                                  UNITED STATES DISTRICT JUDGE
24

25

26

27

28

                                         1