# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS SMITH, MD, an individual and HOBERT SMITH, MD, an individual,<br><br>            Plaintiffs,<br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et a.,<br><br>            Defendants. | CV F 06-0368 AWI SMS<br><br>ORDER REGARDING STIPULATION TO MOVE HEARING ON DEFENDANTS' MOTION TO DISMISS TO NOVEMBER 13, 2006 |

    Defendants' motion to dismiss is pending in this action and is set for hearing on Monday, October 16, 2006. On October 5, 2006, the parties filed a stipulation that requested the court moving the hearing to November 13, 2006.

    Good cause having been presented to the court, IT IS HEREBY ORDERED that the previously set hearing date of October 16, 2006, is VACATED, and the hearing on this matter is continued to November 13, 2006 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:**   **October 11, 2006**                         /s/ Anthony W. Ishii
0m8i78                                                    UNITED STATES DISTRICT JUDGE