UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENNIS SMITH, MD and HOBERT SMITH, MD,**<br><br>        **Plaintiffs**,<br><br>    v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTION, JERRY NEGRETE, STEVE WILLIAMS, and DOES 1 through CC, inclusive,**<br><br>        **Defendants**. | CIV-F-06-0368 AWI SMS<br><br>ORDER VACATING HEARING DATE OF NOVEMBER 13, 2006 AND TAKING MATTER UNDER SUBMISSION |

    Defendants have made a motion to dismiss pursuant to California Code of Civil Procedure §425.16. Doc. 18.  Plaintiffs have filed a timely opposition. Doc. 22.  Defendants filed a timely reply. Doc. 23.  The hearing for the motion was set for November 13, 2006 at 1:30 PM.  The court has reviewed the papers filed and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 13, 2006 is VACATED, and no party shall appear at that time.  As of November 13, 2006, the court will take the matter under submission and will thereafter issue its decision. IT IS SO ORDERED.

Ciem0h**Dated:    November 9, 2006**             **/s/ Anthony W. Ishii**
                                                              UNITED STATES DISTRICT JUDGE