UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS SMITH, MD and HOBERT SMITH, MD,<br><br>            Plaintiffs,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTION, JERRY NEGRETE, STEVE WILLIAMS, and DOES 1 through CC, inclusive,<br><br>            Defendants. | CIV-F-06-0368 AWI SMS<br><br>ORDER VACATING HEARING DATE OF JANUARY 22, 2007 AND TAKING MATTER UNDER SUBMISSION |

   Defendants have made a motion to dismiss pursuant to Fed. R. Civ. Proc. 12(b)(1) and 12(b)(6). Doc. 27. Plaintiffs have filed an opposition and Defendants have filed a reply. Docs. 28 and 29. The hearing for the motion was set for January 22, 2007 at 1:30 PM. The court has reviewed the papers filed and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 22, 2007 is VACATED, and no party shall appear at that time. As of January 22, 2007, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:     January 19, 2007                     /s/ Anthony W. Ishii
0m8i78                                          UNITED STATES DISTRICT JUDGE

1